438 A.2d 645

Commonwealth v. Marshall, Appellant.

Petition for Allowance of Appeal Denied Jan. 29, 1982.

Argued June 11, 1980. Mark E. Kogan, for appellant; Victor M. Fortuno, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order of the lower court affirmed.

PRICE, J., did not participate in the consideration or decision of this case.